# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SEDA-COG JOINT RAIL AUTHORITY | : | No. 75 MAL 2022 |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| CARLOAD EXPRESS, INC., SUSQUEHANNA UNION RAILROAD COMPANY, AND NORTHERN PLAINS RAILROAD, INC. | : | |
| PETITION OF: CARLOAD EXPRESS, INC. | : | |
| SEDA-COG JOINT RAIL AUTHORITY | : | No. 76 MAL 2022 |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| CARLOAD EXPRESS, INC., SUSQUEHANNA UNION RAILROAD COMPANY, AND NORTHERN PLAINS RAILROAD, INC. | : | |
| PETITION OF: CARLOAD EXPRESS, INC. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.

The joint application to amend Carload Express Inc.'s petition for allowance of appeal and to withdraw the Seda-Cog joint Rail Authority's answer to Carload Express's petition for allowance of appeal is **GRANTED.**